UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:17-CR-00272-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SAMUEL HOLDER, JR. ) | |

On motion of the Government, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry 110, be sealed until further notice by this Honorable Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant and the United States Probation Officer.

IT SO ORDERED.

This __18th__ day of ____April____, 20__18__.

_____
LOUISE W. FLANAGAN
United States District Court Judge

1