UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-272-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL HOLDER, JR. | ORDER TO SEAL |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the document filed at Docket Entry #164 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED.

This 27th day of July, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge