UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 5:17-CR-272-2FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| SAMUEL HOLDER, JR. | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 169 and its accompanying order be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendant.

This the 31st day of July 2018.

_____
LOUISE W. FLANAGAN
United States District Judge