UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-272-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL HOLDER, JR. | **ORDER TO SURRENDER** |

This matter has come before the Court on a motion by Defendant to extend the self surrender date to FMC Butner from October 2, 2018, to not sooner than October 22, 2018.

For good cause shown, the Motion to Extend the Self Surrender date is hereby GRANTED and the Defendant shall surrender to FMC Butner not sooner than October 22, 2018.

The United States Marshals Service is hereby directed to notify the United States Bureau of Prisons that the surrender date has been extended, and that the Defendant shall report to FMC Butner not sooner than October 22, 2018.

SO ORDERED.

This  28th   day of September, 2018.

LOUISE WOOD FLANAGAN
United States District Judge