> Motion DENIED.
>
> This the 26th day of November, 2018.
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-272-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL HOLDER, JR. | MOTION TO RECONSIDER<br>PRELIMINARY ORDER OF FORFEITURE |

The defendant, Samuel Holder, Jr., by and through counsel, hereby moves the Court to reconsider and amend the August 21, 2018, Preliminary Order of Forfeiture. (DE 188) In support of this motion, Mr. Holder states the following:

1. On April 12, 2018, Mr. Holder pleaded to a two-count superceding criminal information (DE 87), pursuant to a plea agreement. Count One charges Conspiracy to distribute and possess with intent to distribute twenty-eight (28) grams or more of cocaine base (crack), in violation of 21 U.S.C. § 846. Count Two charges possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

2. On August 21, 2018, Mr. Holder was sentenced to a term of 240 months on Count One and a term of 60 months on Count Two. (DE 193) During the sentencing hearing, this Honorable Court considered a Preliminary Order of Forfeiture for the following property:

    a) Dark red color 1964 Ford Thunderbird, bearing License Plate PFX993; and

    b) $450,000.