IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00272-2FL

UNITED STATES OF AMERICA          :
                                  :
v.                                :
                                  :
SAMUEL HOLDER, JR.                :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 21, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant's plea of guilty to an offense in violation of 21 U.S.C. § 846, and further evidence of record and as presented by the Government, the following property was forfeited to the United States, to wit:

a) Dark red color 1964 Ford Thunderbird, bearing License Plate PFX5993; and

b) $450,000, which represents proceeds the defendant obtained directly or indirectly as a result of the said offense in Count One and for which the United States may forfeit substitute assets;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between September 20, 2018 and October 19, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within

1

sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the potential petitioner as to the subject vehicle in this criminal forfeiture action is Dominik Deshawn Forbes.

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Dominik Deshawn Forbes, via Federal Express on October 11, 2018;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject vehicle on September 19, 2018 while in the custody of the U.S. Marshall's Service;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's August 21, 2018 Preliminary Order of Forfeiture;

AND WHEREAS, the Court finds that the defendant has a forfeitable interest in the property, and that no amendment to the Preliminary Order of Forfeiture is necessary to account for any third-party rights.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the August 21, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. The United States Department of Justice or the United State's Marshal's Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of Treasury as soon

as located or recovered into the Department of Justice's Assets Forfeiture Fund or the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 3rd day of January, 2019.

LOUISE W. FLANAGAN
United States District Judge